IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CALVIN DUNELL BURNS,**

    **Petitioner,**

v.   Case No. 1:24-cv-229-AW-MAF

**RICKY DIXON, Secretary,**
**Florida Department of Corrections,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner seeks § 2254 relief. The state moved to dismiss or stay, contending there was no exhaustion because two matters were still pending in state court. ECF No. 11. According to the motion, "[u]ntil the state court takes action, Petitioner has not exhausted the remedies available to him in the state court where this proceeding raising federal constitutional claims are still pending." *Id.* at 5.

As the magistrate judge's report and recommendation explains, those matters are now concluded, so the basis for the motion is no longer extant. ECF No. 19. The magistrate judge thus recommends I deny the motion, *id.*, and the state has filed no objection.

Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The motion to dismiss or stay (ECF No. 11) is

1

2

DENIED. The state must respond to the petition within 60 days. Petitioner may file a reply within 30 days thereafter.

SO ORDERED on August 18, 2025.

s/ *Allen Winsor*
Chief United States District Judge
